

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00541-CR

Andres **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8821
Honorable Raymond Angelini, Judge Presiding

## O R D E R

    Extension of time to file the court reporter's record is this date NOTED. Time is extended to January 18, 2016. **NO MORE EXTENSTIONS OF TIME WILL BE ALLOWED.**

**PER CURIAM**

ATTESTED TO: _____
    KEITH E. HOTTLE
    CLERK OF COURT

cc: Raymond E. Fuchs
Attorney At Law
Washington Square Building
800 Dolorosa, Suite 101
San Antonio, TX 78207

Jose Fernando Trevino
Attorney at Law
110 E. Nueva
San Antonio, TX 78204-1017

Debra Jimenez
290th Court Reporter
100 Dolorosa, B28
San Antonio, TX 78205

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205